This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | SMALL CLAIMS SUMMONS | For Court Use Only |
|---|---|---|

**Instructions** ▼
Directly above, enter the name of the county where you are filing the case.

Plaintiff (First, middle, last name): IAN ONIONS

Enter your name as Plaintiff.

v.

Enter the names of all people or businesses you are suing as Defendants.

Defendants (First, middle, last name or business name): EMR EXPRESS INC.

Case Number: **2021SC007311**

Enter the Case Number given by the Circuit Clerk.

☐ Alias Summons (Check this box if this is not the 1st Summons issued for this Defendant.)

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff:** If you are suing more than 1 Defendant, fill out a *Small Claims Summons* form for each Defendant.

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

1. Defendant/Respondent's address and service information
   a. Defendant/Respondent's primary address/information for service:
   Name (First, Middle, Last): EMR EXPRESS INC.
   Registered Agent's name, (if any): _____
   Street Address, Unit #: 2250 SOUTH CHICAGO ROAD
   City, State, ZIP: JOLIET, IL, 60436
   Telephone: _____  Email: _____

In 1b, enter a second address for Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
   Name (First, Middle, Last): _____
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Telephone: _____  Email: _____

In 1c, check how you are sending your documents to Defendant/

   c. Method of service on Defendant/Respondent
   ☐ Circuit Clerk
   ☐ Sheriff     ☐ Sheriff outside Illinois: _____
                                              County & State
   ☐ Special process server    ☐ Licensed private detective

In 2, enter the amount of money owed to you.

2. Information about the lawsuit:
   Amount claimed: $6025.39

**EXHIBIT 1**

CS-S 705.2    Page 1 of 4    (08/21)

Enter the Case Number given by the Circuit Clerk: _____

| In 3, enter your complete address, telephone number, and email address, if you have one. |

3. Contact information for the Plaintiff/Petitioner:
   Name (First, Middle, Last): IAN ONIONS
   Street Address, Unit #: 2218 KINGGLEN DRIVE
   City, State, ZIP: GROVE CITY, OH, 43123
   Telephone: 614 599 2930  Email: ONIONSIAN@GMAIL.COM

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person receiving this *Small Claims Summons* (Defendant):**

You have been sued. Read all the documents attached to this *Small Claims Summons*.

You must attend court on the court date below. The judge may want to have a trial on that day. If you do not attend, you could lose the case. If you are not ready for trial on your court date, you may ask the judge for more time. The judge does not have to give you more time.

| In 4, the plaintiff should enter: |

4. Instructions for the person receiving this *Small Claims Summons* (Defendant):
   You must attend court on the date below:

   Date: 01/18/22  at  Time: 09:00  ☑ a.m. ☐ p.m. in Courtroom: 1002

   In-person at:
   Courthouse Address: 100 WEST JEFFERSON, City: JOLIET, State: IL, ZIP: 60432
   OR
   Remotely (you may be able to attend this court date by phone or video conference. This is called a "Remote Appearance.")
   By telephone: _____ Call-in number for telephone remote appearance
   By video conference: _____ Video conference website
   _____ Video conference log-in information (meeting ID, password, etc)

   Call the Circuit Clerk at: _____ Circuit Clerk's phone number  or visit their website
   at: _____ Circuit Clerk's website  to find out more about how to do this.

- The court date and time (this will be a date 40-61 days from filing).
- The address of the courthouse.
- The call-in or video conference information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

For more information about how to complete 3, see *How to File & Serve a Small Claims Complaint* at illinoiscourts.gov/documents-and-forms/approved-forms.

**STOP!** The Circuit Clerk will fill in this section.

Witness this Date: 12/14/2021 1:55 PM

Clerk of the Court: *Andrea Lynn Chasteen*

**STOP!** The officer or process server will fill in the Date of Service.

Date of Service: _____
(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SMALL CLAIMS SUMMONS & SMALL CLAIMS COMPLAINT | For Court Use Only |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where you are filing the case.

Enter your name as Plaintiff.

Enter the names of all people or businesses you are suing as Defendants.

Enter the Case Number given by the Circuit Clerk.

IAN ONIONS
Plaintiff (First, middle, last name)

v.

Defendants (First, middle, last name or business name):
EMR EXPRESS INC.

☐ Alias Summons (Check this box if this is not the 1st Summons issued for this Defendant.)

2021SC007311
Case Number

*STOP. Do not complete the rest of this form. The Circuit Clerk, sheriff, or special process server will fill in the form.*

My name is _____
       First, Middle, Last                                    , and I state:

☐ that I served the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,

_____ as follows:
First, Middle, Last

**By Circuit Clerk:**

☐ By certified mail mailed by the Circuit Clerk:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____

**By sheriff or special process server:**

☐ Personally on the Defendant:
Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____

☐ On someone else at the Defendant's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____
And left it with: _____
                 First, Middle, Last
Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
and by sending a copy to this Defendant in a postage-paid, sealed envelope to the above address on _____ Date

☐ On the Corporation's agent, _____
                              First, Middle, Last
Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____

S 705.2

(07/21)

Enter the Case Number given by the Circuit Clerk: _____

☐ I was not able to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,

_____
*First, Middle, Last*

I made the following attempts to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT complete this section.** The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Small Claims Summons and Small Claims Complaint* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | |

By: _____

*Signature by:* ☐ Circuit Clerk
              ☐ Sheriff
              ☐ Sheriff outside Illinois: _____
              *County and State*
              ☐ Special process server
              ☐ Licensed private detective

_____
*Print Name*

FEES
Service and Return: $ _____
Miles: _____ $ _____
Total: $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____