## Will County Sheriff's Office | Affidavit of Service

Case Number: 21 SC 7311  Paper Number: 2021-00008707  ___ Attorney  ___ Pro Se

**Plaintiff:**
IAN ONIONS

IAN ONIONS
2218 KINGSGLEN DR
GROVE CITY, Ohio 43123

**FILED**
21 DEC 20 AM 11:44
CLERK, CIRCUIT COURT
WILL COUNTY, ILLINOIS

**Defendant:**
EMR EXPRESS INC

### Paper Description
SUMMONS & COMPLAINT

Issued: Tuesday, December 14, 2021
Expires: Friday, January 14, 2022
Payment: $52.00

### Attempted Services
Date    Time    Deputy and I.D.#

### Person To Be Served
EMR EXPRESS INC
2250 CHICAGO RD
JOLIET, Illinois 60436

**Special Notes:**
JM

**EXHIBIT 2**

I certify that I have served the attached Civil Process on the person to be served as follows:

(A) ___ Personal Service: By leaving a copy of the ___ Summons/Compaint ___ Rule ___ Order ___ Subpoena ___ Notice ___ Judgment ___ Order of Protection ___ Summons/Petition for Order of Protection ___ Citation ___ Civil/Stalking No Contact Order

(B) ___ Substitute Service: By leaving a copy of the ___ Summons/Complaint ___ Citation ___ Notice ___ Judgment ___ Order of Possession at the defendant's usual place of abode, with some person of the family or person residing there, of the age of 13 years or upwards, and informing said person of the contents. Also, a copy of the Civil Process was mailed to the defendant at his/her usual place of abode on _____ (Date Only)

(C) ✓ Service On: ___ Corporation ___ Company ✓ Business
By leaving a copy of the ___ Summons/Complaint ___ Citation ___ Rule ___ Order ___ Notice ___ Judgment ___ Subpoena with the registered agent or any officer, or agent of the corporation, or partner or agent of the partnership.

(D) ___ Other Service: ___ Certified Mail ___ Posting

(E) ___ The named defendant was not served: ___ Moved ___ No Contact ___ Returned by Attorney ___ Expired ___ Not Listed ___ No Such Address ___ Deceased ___ Other Reason (See Remarks)

Person to Serve: EMR EXPRESS INC
Serving Address: 2250 S. Chicago Street Joliet IL 60436
Process Served On: ED RAMOSKA    Relationship: PRESIDENT OF EMR EXP
Sex: M    M/F    Race: WHITE    Age Range: 45
This 15TH day of December 20 21 Time: 1410 hours
Sheriff Mike Kelley by: JULIAN RODRIGUEZ    I.D. Number: 2649
Remarks: ED RAMOSKA (President of EMR EXPRESS)